WILLIAM C. SHULTS, Respondent, v. WALTER C. BUCK, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Probate of the Last Will and Testament of CHARLES G. HARDIE, Deceased.— Decree affirmed, with costs to proponent-respondent payable out of the estate. All concur, except Crosby, P. J., not voting. (The decree overrules objections to the probate of a will, admits the will to probate, and refuses to construe the will as ineffective.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ. [176 Misc. 21.]